A. B. BALDWIN v. CHICAGO GREAT WESTERN RAILWAY COMPANY,
Appellant.

·CONTRIBUTORY NEGLIGENCE: *Jury question.* Even if a brakeman·
was not guilty of contributory negligence by violating a rule re-
quiring use of a stick in coupling, the question of such negligence
is for the jury, he having placed his hand between the draw-
heads of two cars, holding the link without a stick, and failing
to notice the slow movement back of one of the cars.

*Appeal from Dubuque District Court.*—HON. J. L HUSTED, Judge.

THURSDAY, DECEMBER 14, 1899.

ACTION for damages.     From judgment on verdict the defendant
·appeals.—*Reversed.*

*D. W. Lawler, D. E. Lyon,* and *D. J. Lenehan* for appellant.

*G. A. Barnes* for appellee.

LADD, J.—In view of the condition of this record, we deem it ad-
visable to pass on but one of the errors assigned.   The plaintiff's
hand was caught, in attempting to make a coupling, between the
·drawheads or bumpers of two freight cars.   At the time he was hold-
ing the link, with his hand, between these, when, as he testified, the
engine, without direction from him, moved slowly back.   The rules
·of the company prohibited placing the hand between the drawheads,
and required the use of a stick in coupling.   There was no evidence
that either of these rules had been waived, and as they are not set
·out, we refrain from expressing our opinion as to whether their vio-
lation was of itself negligence.   If not so regarded, however, then
whether the plaintiff, in placing the hand between the drawheads,
holding the link without the stick, and in failing to observe the slow
·movement of the car, was guilty of negligence contributing to his
·injury, was manifestly an issue for the determination of the jury,
·and in failing to submit it the court erred.—REVERSED

GRANGER, J., not sitting.